JESSICA A. BETLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jessica.Betley@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
APR 27 2022
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JASSIE LAYDELL WESTERMAN, Defendant. | CR 22- 28 -GF-BMM<br><br>INDICTMENT<br><br>POSSESSION OF A FIREARM BY AN UNLAWFUL USER OF A CONTROLLED SUBSTANCE<br>Title 18 U.S.C. § 922(g)(3) (Count I)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>RECEIPT OF FIREARM BY PERSON UNDER INDICTMENT<br>Title 18 U.S.C. § 922(n) (Count II)<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>FORFEITURE ALLEGATION<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about February 9, 2022, at Great Falls and in Cascade County, in the State and District of Montana, the defendant, JASSIE LAYDELL WESTERMAN, knowing he was an unlawful user of controlled substances, that is, heroin and methamphetamine, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(3).

## COUNT II

That on or about February 9, 2022, at Great Falls and within Cascade County, in the State and District of Montana, the defendant, JASSIE LAYDELL WESTERMAN, who was then under indictment for crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, willingly received, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(n).

//
//
//
//
//
//
//
//

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in this indictment, the defendant, JASSIE LAYDELL WESTERMAN, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offenses.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_Timothy J. Racicot  for_
LEIF M. JOHNSON
United States Attorney

(for) _[signature]_
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney