**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-22-28-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| JASSIE LAYDELL WESTERMAN, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 8, 2026. (Doc. 45.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 7, 2026. (Doc. 85.) The United States accused Jassie Westerman (Westerman) of violating the conditions of his supervised release by: (1) testing positive for marijuana on October 26, 2025; (2) providing a diluted urine sample on October 30, 2025; (3) testing positive for marijuana on November 6, 2025; (4) providing a diluted urine sample on November 14, 2025; (5) testing positive for marijuana on November 26, 2025; and (6) testing positive for marijuana on December 6, 2025.  (Doc. 37.)

At the revocation hearings Westerman admitted that he had violated the conditions of supervised release as set forth in allegations 1, 3, 5 and 6 of the Petition. The Government moved to dismiss allegations 2 and 4, which the Court granted. The Court continued Westerman's sentencing until July 7, 2026. (Doc. 40.)

Judge Johnston found that Westerman's supervised release should not be revoked. Westerman shall remain on supervised release until November 16, 2026, under the same terms and conditions imposed by Judgment dated January 11, 2023. (Doc. 33).

The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 45) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Jassie Westerman's supervised release should not be revoked. Westerman shall remain on supervised release until November 16, 2026, under the same terms and conditions imposed by Judgment dated January 11, 2023. (Doc. 33).

DATED this 13th day of July 2026.

Brian Morris, Chief District Judge
United States District Courts