**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASSIE LAYDELL WESTERMAN,

Defendant.

CR-22-28-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 19, 2026. (Doc. 54.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 18, 2026. (Doc. 49.) The United States accused Jassie Westerman (Westerman) of violating the conditions of his supervised release by: (1) failing to report for substance abuse

testing on July 25, 2026; and (2) using methamphetamine on July 24, 2026. (Doc.47.)

At the revocation hearings Westerman admitted that he had violated the conditions of supervised release 1-2 as set forth in the Petition. (Doc. 49.)

Judge Johnston recommended that Westerman be sentenced to custody until 12:00 p.m. (Noon) on December 4, 2026 with no supervised release to follow. (Doc. 54.)

The violations Westerman admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 54) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jassie Laydell Westerman be sentenced to custody until 12:00 p.m. (Noon) on December 4, 2026 with no supervised release to follow.

DATED this 10th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts